No. 1200. TERESA v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *John J. Pichinson* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1212. ELMWOOD PROPERTIES, INC., ET AL. v. CONZELMAN ET AL. C. A. 7th Cir. Certiorari denied. *Maurice P. Raizes* for petitioners. *Francis S. Clamitz* for respondents.

No. 1236. MONTONEY ET AL. v. CRAMER ET AL. Sup. Ct. Ohio. Certiorari denied. *Rankin M. Gibson* for petitioners. *Shelby V. Hutchins* for respondents.

No. 1263. SMITH v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *J. Hugo Madison* for petitioner.

No. 1285. PARHAM v. KAISER, EXECUTRIX, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Edward J. Saunders* for petitioner. *Gordon Johnson* for respondents.

No. 1300. ATOMIC OIL CO. OF OKLAHOMA, INC., ET AL. v. BARDAHL OIL CO. ET AL. C. A. 10th Cir. Certiorari denied. *Lawrence A. Johnson* and *Robert J. Woolsey* for petitioners.

No. 1303. GRIPKEY v. GERTY ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1305. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Jack K. Berman* and *Burton Marks* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.